UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
THIRD DIVISION

Theatry Jones, Sr.,
Plaintiff,

vs.

Sears, Roebuck and Co.,
a foreign corporation,

Defendant.

Case No. 00-2043 MJD/JGL

**STIPULATION OF DISMISSAL WITH PREJUDICE**

The parties to the above-entitled matter, through their respective counsel, hereby stipulate and agree that this matter be DISMISSED WITH PREJUDICE, and without further cost to the parties herein. The parties further request the Court to enter judgment pursuant to this stipulation, and, due to the private nature of the parties' agreement, to seal the Court's file.

Dated: 3-9-01

PETERSON & NELSON

Dan K. Nelson (#7763X)
871 East Seventh Street
St. Paul, MN 55106
(651)774-2728
ATTORNEY FOR PLAINTIFF
THEATRY JONES, SR.

Dated: 4/12/01

JACKSON LEWIS SCHNITZLER & KRUPMAN

By:
Thomas E. Marshall (#155597)
150 Fifth Street Towers, Suite 2800
Minneapolis, Minnesota 55402
Telephone: (612) 341-8131
ATTORNEYS FOR DEFENDANT
SEARS, ROEBUCK & CO.

FILED APR 18 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**ORDER**

Pursuant to Stipulation of the parties, it is hereby ordered that Plaintiff's action be dismissed with prejudice; each party is to bear its own attorney's fees, costs and disbursements. The clerk is directed to seal the file.

LET JUDGMENT BE ENTERED ACCORDINGLY

Dated: 4-18-01

The Honorable Michael J. Davis
Judge of Federal District Court